DARRAH, Respondent, v. BOYS et al., Appellants.

(Supreme Court, General Term, First Department.  May 18, 1894.)

Action by James W. Darrah against James Boys and another.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
A. T. Cushman, for appellants.
C. C. Keeler, for respondent.
No opinion.  Order affirmed, with $10 costs and disbursements.

ELBERT, Respondent, v. HAEBLER et al., Appellants.

(Supreme Court, General Term, First Department.  May 18, 1894.)

Action by August Elbert against Theodore Haebler and another.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
R. S. Swezey, for appellants.
R. B. Honeyman, for respondent.
No opinion.  Judgment affirmed, with costs.

FAIRCHILD et al. v. EDSON.

(Supreme Court, General Term, First Department.  May 18, 1894.)

Action by Charles S. Fairchild and others against Margaret B. Edson,
impleaded.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
No opinion.  Motion for resettlement denied.  See 28 N. Y. Supp. 402.

FARMERS' LOAN & TRUST CO., Respondent, v. HOFFMAN HOUSE,
Appellant.

(Supreme Court, General Term, First Department.  May 18, 1894.)

Action by the Farmers' Loan & Trust Company against the Hoffman House.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
B. F. Tracy, for appellant.
D. McClure, for respondent.
No opinion.  Reargument ordered.  See 27 N. Y. Supp. 634.

FAXON, Respondent, v. MASON et al., Appellants.

(Supreme Court, General Term, First Department.  May 18, 1894.)

Action by Edith M. Faxon against John Mason and another.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
No opinion.  Order modified so as to deny the motion, unless defendant
Ball, within five days, file return on appeal, and execute undertaking on ap-
peal, in which case motion granted.  The order, as so modified, affirmed,
without costs.  See 21 N. Y. Supp. 737; 27 N. Y. Supp. 1025.